**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Glenn Herbert Johnson v. Harris County, Harris County Education
Department, Harris County Flood Control District, Harris County
Hospital District, Port of Houston Authority of Harris County,
Houston Independent School District, Houston Community College,
Harris County Education District

Appellate case number:   01-14-00383-CV

Trial court case number: 2013-08713

Trial court:             190th District Court of Harris County

On September 3, 2014, Appellant Glenn Herbert Johnson filed a Motion to Extend Time to File Appellant's Brief. Appellant sought the extension because he needed additional time to obtain orders he wished to include in the appendix to his brief. The orders Appellant sought to include in his appendix are included in the (Second) Original Clerk's Record, which was filed July 29, 2014. The Clerk of this Court is **ORDERED** to forward a copy of the (Second) Original Clerk's Record at no cost to him. Appellant's motion for extension of time is **GRANTED**. Appellant's brief is due 30 days from the date of this order.

Judge's signature: ___/s/ Rebeca Huddle
            X  Acting individually    ☐  Acting for the Court

Date:  September 25, 2014